395 A.2d 982

Emporium Trust Company v. Rydesky, Appellant.

Argued September 11, 1978.   John E. Rydesky, appellant, in pro. per.;   Walter Weir, Jr., with him Fellheimer, Krakower & Eichen, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.

---

395 A.2d 982

Erskine et al., Appellants, v. Emporium
Specialties Company, Inc.

Argued September 11, 1978.   J. Bruce Walter, with him Jan P. Paden, for appellants;   Heath L. Allen, with him Andrew Hailstone, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.